UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GILBERT G. GARCIA d/b/a SPAUGHYS ICE HOUSE *Plaintiff,* | § § § § | |
| vs. | § § | CIVIL ACTION NO. 7:22-cv-201 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, A CHUBB COMPANY *Defendant.* | § § § § § | |

## **DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Westchester Surplus Lines Insurance Company ("Westchester") files this Notice of Removal and respectfully shows that diversity subject-matter jurisdiction exists and removal is timely.

## I.
## **REMOVAL IS TIMELY**

1. On August 2, 2021, Plaintiff filed its Original Petition in the matter styled *Gilbert G. Garcia d/b/a Spaughys Ice House,* Cause No. C-3038-21-C, in the 139th District Court of Hidalgo County, Texas.

2. Westchester only received notice of this lawsuit on June 16, 2022.

3. Under federal law, "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based ...." 28 U.S.C. § 1446(b)(1).

4. Westchester files this Notice of Removal within the thirty-day time period. *See* 28 U.S.C. § 1446(b). Accordingly, removal of this action is timely.

## II.
### DIVERSITY OF CITIZENSHIP

5. Removal is proper under 28 U.S.C. § 1332(a)(1), because there is currently complete diversity of citizenship, and complete diversity existed on the date the state court case was filed.

6. Plaintiff is a resident of Hidalgo County.

7. Westchester is an insurance company incorporated in the State of Georgia, with its principal place of business in the Commonwealth of Pennsylvania. Therefore, Westchester is a citizen of the State of Georgia and the Commonwealth of Pennsylvania.

8. There is diversity of citizenship.

## III.
### VENUE IS PROPER

9. Venue is proper in the United States District Court for the Southern District of Texas, McAllen Division, under 28 U.S.C. §§ 124 and 1446, since it is the district and division within which such action is pending in state court.

## IV.
### AMOUNT IN CONTROVERSY

10. The amount in controversy exceeds the $75,000.00 threshold required to invoke this Court's jurisdiction. 28 U.S.C. § 1332(a).

11. In its Original Petition, Plaintiff seeks "monetary relief of over two-hundred fifty thousand dollars ($250,000.00)[.]" (Pl.'s Pet. ¶ 48.)

12. Thus, Plaintiff's allegation that it seeks monetary relief of over $250,000.00 is dispositive of the amount-in-controversy issue. *See Scarlott v. Nissan N. Am., Inc.*, 771 F.3d 883, 888 (5th Cir. 2014). Thus, the amount in controversy clearly exceeds $75,000.00.

## V.
## REMOVAL IS PROCEDURALLY CORRECT

13. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, attached hereto is:

    a. All process in the case (**Exhibit A**)–While included, please note that Plaintiff did not serve Defendant correctly;

    b. Pleadings asserting causes of action, *e.g.*, petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings (**Exhibits B** );

    c. All orders signed by the state judge (None);

    d. The docket report (**Exhibit C**);

    e. An index of all matters being filed (**Exhibit D**); and

    f. A list of all counsel of record, including addresses, telephone numbers and parties represented (**Exhibit E**).

14. Pursuant to 28 U.S.C. § 1446(d), promptly after Westchester files this Notice of Removal, written notice of the filing will be given to Plaintiff.

15. Pursuant to 28 U.S.C. § 1446(d), promptly after Westchester files this Notice of Removal, a true and correct copy will be filed with the District Clerk of Hidalgo County, Texas.

## VI.
## CONCLUSION

WHEREFORE, Westchester respectfully requests that this action now pending in Hidalgo County, Texas be removed to the United States District Court for the Southern District of Texas, McAllen Division, and for the Court to grant Westchester any such other and further relief to which it may be justly entitled, at law or in equity.

Respectfully submitted:

COZEN O'CONNOR

By: */s/ Stephen P. Pate*
    Stephen P. Pate
    *Attorney-in-Charge*
    State Bar No. 15566500
    S.D. Tex. Bar No. 15566500
    spate@cozen.com
    LyondellBasell Tower
    1221 McKinney, Suite 2900
    Houston, Texas  77010
    Telephone:  (832) 214-3957
    Telecopier:  (832) 706-3423

**ATTORNEYS FOR DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

This certifies that, on June 27, 2022 of the foregoing was served on the following counsel of record pursuant to the Federal Rules of Civil Procedure.

    Larry W. Lawrence, Jr.
    Michael Lawrence
    Celeste Guerra
    Lawrence Law Firm
    3112 Windsor Road, Suite A234
    Austin, Texas 78703
    Lawrencefirm@gmail.com

                          */s/ Stephen P. Pate*
                          Stephen P. Pate