United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GILBERT G. GARCIA, *et al.*, § § Plaintiffs, § § VS. § WESTCHESTER SURPLUS LINES § INSURANCE COMPANY, A CHUBB § COMPANY, § § Defendant. § | CIVIL ACTION NO. 7:22-CV-201 |

## ORDER OF DISMISSAL

Now before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice. (Dkt. No. 13). After reviewing the Stipulation, the Court finds that it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED** that:

1. All of Plaintiff Gilbert G. Garcia d/b/a Spaughys Ice House's claims against Defendant Westchester Surplus Lines Insurance Company are **DISMISSED WITH PREJUDICE**;

2. All expenses and costs of court will be paid by the party incurring the same; and

3. The Clerk is directed to close this case.

SO ORDERED February 9, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge